[Lucas Circuit Court; March 11, 1895.]

CENTRAL LIFE INS. CO. v. LAKE ERIE PROVISION CO.

For opinion in this case, see 7 Ohio Circ. Dec., 562.

---

[Lucas Circuit Court, February 26, 1895.]

HARRY W. BAUSCH v. WILLIAM W. McCONNELL.

For opinion in this case, see 7 Ohio Circ. Dec., 547.